No. 75–1773. DESERT OUTDOOR ADVERTISING, INC. *v.* DEPARTMENT OF TRANSPORTATION OF CALIFORNIA. Ct. App. Cal., 4th App. Dist. Certiorari denied.

No. 75–1774. CIVIC AWARENESS OF AMERICA, LTD., ET AL. *v.* MATHEWS, SECRETARY OF HEALTH, EDUCATION, AND WELFARE, ET AL. C. A. 7th Cir. Certiorari denied.

No. 75–1776. LONG *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 75–1777. CRAIG *v.* SUN OIL COMPANY OF PENNSYLVANIA ET AL. C. A. 10th Cir. Certiorari denied.

No. 75–1778. STANDARD OIL COMPANY OF CALIFORNIA ET AL. *v.* FLORIDA EX REL. SHEVIN, ATTORNEY GENERAL OF FLORIDA. C. A. 5th Cir. Certiorari denied.

No. 75–1779. CHESTNUT *v.* UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 75–1780. METALLURGICAL EXOPRODUCTS CORP. *v.* PITTSBURGH METALS PURIFYING CO., INC. C. A. 3d Cir. Certiorari denied.

No. 75–1781. HEMINGWAY ET AL. *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 75–1783. OAKLEY *v.* KNEFF. Sup. Ct. Ky. Certiorari denied.

No. 75–1784. HARDWICK ET AL. *v.* JACOBS. C. A. 5th Cir. Certiorari denied.

No. 75–1785. GROSS *v.* UNITED STATES. C. A. 3d Cir. Certiorari denied.